UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MIN ZHANG,
A077 526 494

    Petitioner/Plaintiff

-vs-

MICHAEL CHERTOFF, Secretary,
U.S. Department of Homeland Security,
Emilio González, Director, U.S.
Citizenship and Immigration Services,
Mark Hansen, District Director, Cleveland
District Office, U.S. Citizenship
and Immigration Services

    Respondents/Defendants.

Case No: 1:06cv2679

JUDGE CHRISTOPHER A. BOYKO

NOTICE OF VOLUNTARY DISMISSAL

Petitioner/Plaintiff's Application for Naturalization has been approved and he has been scheduled for a citizenship oath ceremony on December 15, 2006. As such, Petitioner/Plaintiff dismisses his petition without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

Min Zhang
5431 Huron Rd,
Lyndhurst, OH 44124

Tel    440.506.4554

Email: mzhang1@gmail.com

Petitioner/Plaintiff

IT IS SO ORDERED.
DATE: 12/21/06

*Christopher A. Boyko*
JUDGE CHRISTOPHER A. BOYKO